1 | GLENN B. McCORMICK
Acting United States Attorney
2 | District of Arizona
DAVID P. FLANNIGAN
3 | FRED COCIO
CRAIG H. RUSSELL
4 | Assistant U.S. Attorneys
United States Courthouse
5 | 405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
6 | Telephone:  520-620-7300
Email: david.flannigan@usdoj.gov
7 |           fred.cocio@usdoj.gov
          craig.russell1@usdoj.gov
8 | Attorneys for Plaintiff

**FILED**

2021 NOV 17   PM 4: 06

CLERK US DISTRICT C____
DISTRICT OF ARIZONA

**CR21-02978 TUC-JGZ(LCK)**

9 |        IN THE UNITED STATES DISTRICT COURT

10 |       FOR THE DISTRICT OF ARIZONA

11 | United States of America,

12 |                   Plaintiff,                **I N D I C T M E N T**

13 |          vs.                                Violations:

14 | 1. ███████████████████             8 U.S.C. § 1324(a)(1)(A)(v)(I)
                                           8 U.S.C. § 1324(a)(1)(A)(ii)
15 |    ███████████████████             8 U.S.C. § 1324(a)(1)(A)(iii)
                                           8 U.S.C. § 1324(a)(1)(B)(i)
16 | 2. ███████████████████             (Conspiracy to Transport and Harbor Illegal
                                           Aliens for Profit)
17 |    ███████████████████                        Count 1

18 | 3. David Cardenas;                  8 U.S.C. § 1324(a)(1)(A)(ii)
       (Counts 1 and 17)                 8 U.S.C. § 1324(a)(1)(B)(i)
19 | 4. ███████████████████             (Transportation of Illegal Aliens
                                              for Profit)
20 |    ███████████████████             Counts 4, 5, 13, 14, 15, 16

21 | 5. Martin Cardenas;                 8 U.S.C. § 1324(a)(1)(A)(iii)
       (Counts 1 and 17)                 8 U.S.C. § 1324(a)(1)(B)(i)
22 | 6. Melissa Cardenas;               (Harboring Illegal Aliens for Profit)
       (Counts 1, 2 and 17)                 Counts 6, 7, 10, 11
23 |
24 | 7. ███████████████████             8 U.S.C. § 1324(a)(1)(A)(ii)
                                           8 U.S.C. § 1324(a)(1)(B)(i)
25 |    ███████████████████             (Attempted Transportation of Illegal
                                              Aliens for Profit)
26 | 8. ███████████████████             Counts 2, 8, 9, 12

27 | 9. ███████████████████             18 U.S.C. § 1956(h)
                                        (Conspiracy to Commit Money Laundering)
28 |                                              Count 17

| | |
|---|---|
| 10.  | 8 U.S.C. § 1324(a)(1)(A)(v)(II)<br>Aiding and Abetting<br>Counts 1 through 16 |
| 11. | FORFEITURE ALLEGATION |
| 12. | 18 U.S.C. §§ 982(a)(6)(A)(ii)(I),<br>982(a)(6), 982(a)(1), 981(a)(1)(C), and<br>28 U.S.C. § 2461(c) |
| 13. | |
| 14. | (UNDER SEAL) |
| 15. | |
| 16. | |
| 17. | |
| 18. | |
| 19. | |
| 20. | |

Defendants.

THE GRAND JURY CHARGES:

## COUNT 1

### Conspiracy to Transport and Harbor Illegal Aliens for Profit

From a date unknown to on or about December 31, 2020, in the District of Arizona, and elsewhere, ▮▮▮▮▮ DAVID CARDENAS, ▮▮▮▮ MARTIN CARDENAS, MELISSA CARDENAS, ▮▮▮▮

*United States of America v.* ▮▮▮▮
*Indictment Page 2 of 13*

- 2 -

1
2
3 ███ did knowingly and intentionally combine, conspire, confederate, and agree

4 together and with various other persons known and unknown to the Grand Jury, to transport

5 and move illegal aliens, and to conceal, harbor, and shield from detection said illegal aliens,

6 all within the United States, and did so for the purpose of commercial advantage and private

7 financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I),

8 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(i).

9 ## COUNT 2

10 ### Transportation of Illegal Aliens for Profit

11 On or about November 18, 2019, in the District of Arizona, ███

12 MELISSA CARDENAS, ███ knowing and in reckless

13 disregard of the fact that three illegal aliens, namely, Anibal Roblero-Gonzales, Guadalupe

14 Reynoso-Simon, and Nelson Ramirez-Simon, had come to, entered and resided in the

15 United States in violation of law, transported and moved said aliens within the United

16 States by means of transportation or otherwise, in furtherance of such violation of law, and

17 did so for the purpose of commercial advantage and private financial gain, and did aid,

18 abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United

19 States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(II).

20 ## COUNT 3

21 ### Harboring of Illegal Aliens for Profit

22 On or about December 4, 2019, in the District of Arizona, ███

23 ███ and other co-conspirators, knowing and in reckless

24 disregard of the fact four aliens, namely Diego Felipe-Felipe, Jagler Niz-Ramirez, Tony

25 Marroquin-Guzman, and F. F-S, a minor, had come to, entered and resided in the United

26 States in violation of law, did knowingly conceal, harbor and shielded from detection said

27 *United States of America v.* ███
28 *Indictment Page 3 of 13*

1   illegal aliens in any place, including any building or means of transportation, to avoid said

2   aliens' detection by immigration authorities, and did so for the purpose of commercial

3   advantage and private financial gain, and did aid, abet, counsel, command, induce, procure,

4   and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii),

5   1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(II).

## COUNT 4

### Transportation of Illegal Aliens

On or about December 24, 2019, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ and other co-conspirators, knowing and in reckless disregard of the fact that three aliens, namely Guadalupe Lopez-Tapia, Jose Flores-Mendez, Rogelio Garcia-Garcia, had come to, entered and resided in the United States in violation of law, did transport and move said aliens, two of whom were hidden in the trunk of a vehicle, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(II).

## COUNT 5

### Harboring of Illegal Aliens for Profit

On or about January 26, 2020, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ and other co-conspirators, knowing and in reckless disregard of the fact five aliens, namely, Andres Mendez-Geronimo, Delmar Lopez-Martinez, Miguel Morales-Perez, Romeo Lopez-Morales and Romero Lopez-Garcia had come to, entered and resided in the United_States in violation of law, did knowingly conceal, harbor and shielded from detection said illegal aliens in any place, including any building or means of transportation, to avoid said aliens' detection by immigration authorities, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel,

*United States of America v.* ▮▮▮▮▮▮▮▮▮▮
*Indictment Page 4 of 13*

1  command, induce, procure, and cause the same, in violation of Title 8, United States Code,

2  Sections 1324(a)(1)(A)(iii), 1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(II).

3  ## COUNT 6

4  ### Harboring of Illegal Aliens

5  On or about March 18, 2020, in the District of Arizona, ▮▮▮▮▮▮▮▮▮▮▮▮▮

6  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and other co-conspirators, knowing and in

7  reckless disregard of the fact two aliens, namely Lilia Rocano-Nivicela and D C-R, (a

8  minor), had come to, entered and resided in the United States in violation of law, concealed,

9  harbored and shielded from detection said illegal aliens, and did aid, abet, counsel,

10  command, induce, procure, and cause the same, in violation of Title 8, United States Code,

11  Sections 1324(a)(1)(A)(iii), and 1324(a)(1)(A)(v)(II).

12  ## COUNT 7

13  ### Harboring of Illegal Aliens for Profit

14  On or about April 2, 2020, in the District of Arizona, and elsewhere, ▮▮▮▮▮▮▮

15  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16  ▮▮ and other co-conspirators knowing and in reckless disregard of the fact that eight

17  aliens, namely Alez Perez-Reynoso, Brando Escalante-Pablo, Elio Gabriel-Simon,

18  Esmeralda Miranda-Virgen, Jose Perez-Luna, Jose Perez-Miranda, Maria Miranda-

19  Miranda, and Vidal Matias-Carillo, had come to, entered and resided in the United States

20  in violation of law, did knowingly conceal, harbor and shielded from detection said illegal

21  aliens in any place, including any building or means of transportation, to avoid said aliens'

22  detection by immigration authorities, and did so for the purpose of commercial advantage

23  and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause

24  the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii),

25  1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(II).

26

27  *United States of America v.* ▮▮▮▮▮▮▮▮▮▮

28  *Indictment Page 5 of 13*

1

## COUNT 8

## Attempted Transportation of Illegal Aliens for Profit

On or about May 24, 2020, in the District of Arizona, ███████████████████

███████████████████████████████████████████████ and other co-conspirators, knowing and in reckless disregard of the fact that unknown number of illegal aliens, one known illegal alien, namely Wendy Mendez-Lopez, come to, entered and resided in the United States in violation of law, attempted to transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(II).

## COUNT 9

## Attempted Transportation of Illegal Aliens for Profit

On or about May 27, 2020 and May 28, 2020, in the District of Arizona, ████████████████████████████████ and other co-conspirators, knowing and in reckless disregard of the fact that four illegal aliens, namely, Abenamar Cruz-Perez, Fany Jimenez-Jimenez, Henry Alvarez-Hernandez, Jorge Aguilar-Avila , had come to, entered and resided in the United States in violation of law, attempted to transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(II).

*United States of America v.* ████████████
*Indictment Page 6 of 13*

## COUNT 10

### Harboring and Attempted Transportation of Illegal Aliens for Profit

On or about June 2, 2020, in the District of Arizona, ███████████
███████████████████████████████ and other co-conspirators, knowing and in reckless disregard of the fact three aliens, namely, Abelardo Ramirez-Santiz, Guillermo Laines-Garcia, and Maximo Garcia-Morales had come to, entered and resided in the United States in violation of law, did knowingly conceal, harbor and shield from detection said illegal aliens in any place, including any building or means of transportation, to avoid said aliens' detection by immigration authorities, and attempted to transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(II).

## COUNT 11

### Harboring of Illegal Aliens for Profit

On or about June 14, 2020, in the District of Arizona, ███████████
███████████████████████████████ and other co-conspirators, knowing and in reckless disregard of the fact two aliens, namely, Avilio Gonzalez and Maximo Garcia-Morales had come to, entered and resided in the United States in violation of law, did knowingly conceal, harbor and shielded from detection said illegal aliens in any place, including any building or means of transportation, to avoid said aliens' detection by immigration authorities, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii), 1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(II).

*United States of America v* ███████████
*Indictment Page 7 of 13*

1

## COUNT 12

### Attempted Transportation of Illegal Aliens for Profit

On or about July 17, 2020, in the District of Arizona, ██████████ ██████████████ and other co-conspirators, knowing and in reckless disregard of the fact that two illegal aliens, namely Elias Tomas-Mendez and Walter Juarez-Lopez, had come to, entered and resided in the United States in violation of law, attempted to transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(II).

## COUNT 13

### Transportation of Illegal Aliens for Profit

Beginning on or about July 31, 2020 to August 2, 2020 in the District of Arizona, ████████████████████████████████████████ and other co-conspirators, knowing and in reckless disregard of the fact that eight illegal aliens, namely, Angel Perez-Velasquez, Elvia Garcia-Lopez, Enrique Garcia-Lopez, Julio Hernandez-Hernandez, Martin Martinez-Velasquez, Miguel Hernandez-Perez, Nabor Hernandez-Cruz, and Velmar Santizo-Morales, had come to, entered and resided in the United States in violation of law, did transport and move said aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(II).

1

## COUNT 14

## Transportation of Illegal Aliens for Profit

Beginning on or about August 10, 2020 in the District of Arizona, ████
████████████████████████ and other co-conspirators, knowing and in
reckless disregard of the fact that four illegal aliens, namely, Hildiberto Perez-Lopez,
Rolando Cardona-Lopez, Enrique Garcia-Lopez, and Andres Mendez-Geronimo, had
come to, entered and resided in the United States in violation of law, transported and moved
said aliens within the United States by means of transportation or otherwise, in furtherance
of such violation of law, and did so for the purpose of commercial advantage and private
financial gain, and did aid, abet, counsel, command, induce, procure, and cause the same
in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i),
and 1324(a)(1)(A)(v)(II).

## COUNT 15

## Transportation of Illegal Aliens

On or about August 12, 2020, in the District of Arizona, ████████████
████████████████████████ and other co-conspirators,
knowing and in reckless disregard of the fact that five illegal aliens, namely, Enedina
Maldonado-Gonzalez, Florentina Gonzalez-Rafael, Francisco Ibarra-Carrillo, Isai Flores-
Perez, and Mirella Gonzalez-Garcia, had come to, entered and resided in the United States
in violation of law, did transport and move said aliens within the United States by means
of transportation or otherwise, in furtherance of such violation of law, and did aid, abet,
counsel, command, induce, procure, and cause the same, in violation of Title 8, United
States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(v)(II).

*United States of America v.* ████
*Indictment Page 9 of 13*

- 9 -

## COUNT 16

### Transportation of Illegal Aliens for Profit

On or about October 7, 2020, in the District of Arizona, ███████████

███████████████ and other co-conspirators, knowing and in reckless disregard

of the fact that three illegal aliens, namely, Ismael Ortiz-Aguilar, Lorenzo Villatoro-Matias,

and Riquelmer Perez-Ramos, had come to, entered and resided in the United States in

violation of law, transported and moved said suspected aliens within the United States by

means of transportation or otherwise, in furtherance of such violation of law, and did so

for the purpose of commercial advantage and private financial gain, and did aid, abet,

counsel, command, induce, procure, and cause the same, in violation of Title 8, United

States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(A)(v)(II).

## COUNT 17

### Conspiracy to Commit Money Laundering

From an unknown date to approximately August 2, 2021, in the District of Arizona

and elsewhere, ████████████████████ DAVID CARDENAS,

██████████████ MARTIN CARDENAS, MELISSA CARDENAS, █████████

████████████████████████████████████████

████████████████████████████████████████

███████████████ did knowingly, willfully and intentionally combine, conspire,

confederated and agreed with each other, and persons known and unknown to the Grand

Jury to commit offenses against the United States in violation of Title 18, United States

Code, Section 1956, to wit:

    (a)    to knowingly conduct and attempt to conduct financial transactions affecting

interstate commerce and foreign commerce, which transactions involved the proceeds of

specified unlawful activity, that is, the transportation and harboring of illegal aliens in

violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(iii),

1   knowing that the transactions were designed in whole or in part to conceal and disguise the

2   nature, location, source, ownership, and control of the proceeds of specified unlawful

3   activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

4         (b)    to transport, transmit and transfer and attempt to transport, transmit and

5   transfer a monetary instrument and funds from a place in the United States to and through

6   a place outside the United States with the intent to promote the carrying on of specified

7   unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A); and

8         (c)    to transport, transmit, and transfer, and attempt to transport, transmit, and

9   transfer a monetary instrument or funds involving the proceeds of specified unlawful

10  activity, that is, the transportation and harboring of illegal aliens in violation of Title 8,

11  United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(A)(iii), from a place in the

12  United States to or through a place outside the United States, knowing that the funds

13  involved in the transportation, transmission, and transfer represented the proceeds of some

14  form of unlawful activity and knowing that such transportation, transmission, and transfer

15  was designed in whole or in part to conceal and disguise the nature, location, source,

16  ownership, and control of the proceeds of specified unlawful activity, in violation of Title

17  18, United States Code, Section 1956(a)(2)(B)(i);

18        Said financial transactions total more than One Million Dollars.

19        All, in violation of Title 18, United States Code, Section 1956(h).

20        **FORFEITURE ALLEGATION**

21        Upon conviction of Counts 1-17 of this indictment, defendants, ███

22  ████████████████████████ DAVID CARDENAS, ████████████

23  MARTIN CARDENAS, MELISSA CARDENAS, ██████████

24  ████████████████████████████████████████

25  ████████████████████████████████████████

26  ████████████████████████████████████████

27  *United States of America v.* ████████████████

28  *Indictment Page 11 of 13*

- 11 -

1 ██████████████████████████████████████████████ shall forfeit to the

2 United States pursuant to:

3    (1)    Title 18, United States Code, Section 982(a)(6)(A), all right, title, and interest

4 in any property, real or personal, that constitutes, or is derived from or is traceable to the

5 proceeds obtained directly or indirectly from the commission of an offense in violation of

6 Title 8, United States Code, Section 1324;

7    (2)    Title 18, United States Code, Section 982(a)(6), any conveyance, including

8 any vessel, vehicle, or aircraft, used in the commission of the offense; any property, real or

9 personal, that constitutes or is derived from or is traceable to the proceeds obtained directly

10 or indirectly from the commission of the offense, and any property, real or personal, used

11 to facilitate or intended to be used to facilitate the commission of the offense in violation

12 of Title 8, United States Code, Section 1324;

13    (3)    Title 18, United States Code, Section 982(a)(1), all right, title, and interest in

14 any property, real or personal, involved in an offense of Title 18, United States Code,

15 Section 1956, or any property traceable to such property, and

16    The property forfeited includes, but is not limited to:

17    A sum of money or money judgement equal to the amount of proceeds obtained as

18 a result of the offenses, including but not limited to **$1,089,400.00** in U.S. currency.

19    If any of the property described above, as a result of any act or omission of the

20 defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred

21 or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of

22 the court; d) has been substantially diminished in value; or e) has been commingled with

23 other property which cannot be divided without difficulty, it is the intent of the United

24 States to seck forfeiture of any other property of the defendants up to the value of the above-

25 described forfeitable property, including but not limited to all property, both real and

26 personal, owned by the defendants, pursuant to Title 21, United States Code, Section

27

*United States of America v.* ████████████████

28 *Indictment Page 12 of 13*

1  853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28,

2  United States Code, Section 2461(c).

3       All pursuant to Title 18, United States Code, Section 982(a)(6)(A), Title 18, United

4  States Code, Section 982(a)(1), Title 18, United States Code, Section 981(a)(1)(C) and

5  Title 28, United States Code, Section 2461(c), Title 21, United States Code, Section 853(p),

6  Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal

7  Procedure.

8                                              A TRUE BILL

9                                              /s/

10                                             _____
                                               FOREPERSON OF THE GRAND JURY
11                                             Dated: November 17, 2021

12  GLENN B. McCORMICK
    Acting United States Attorney                      **REDACTED FOR**
13  District of Arizona                            **PUBLIC DISCLOSURE**

14  /s/
    _____
15  DAVID P. FLANNIGAN
    FRED COCIO
16  CRAIG H. RUSSELL
    Assistant U.S. Attorneys

17

18

19

20

21

22

23

24

25

26

27  *United States of America v.* ███████████████
28  *Indictment Page 13 of 13*

- 13 -